

December 17, 2024

Hon. Judge Lara K. Eshkenazi
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE: **TRIPPETT v. KATHY KUO DESIGNS, INC.**
**DOCKET NO. 1:24-cv-6893**

Dear Judge Eshkenazi:

The undersigned represents Alfred Trippett, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy